**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE RAMIREZ,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ROSA ISABEL RAMIREZ MOTA, et al.,<br><br>    Defendant(s). | Case No.   CV-15-2950-R<br><br>**ORDER OF DISMISSAL PURSUANT TO THIS COURT'S ORDER OF APRIL 22, 2016** |

      On March 9, 2016, Plaintiff/Cross-Defendant Enrique Ramirez's Counsel filed a Motion to Withdraw as Counsel for Plaintiff/Cross-Defendant, Enrique Ramirez (Dckt. No. 27). On April 22, 2016, the Court GRANTED Plaintiff Counsel's Motion to Withdraw as Counsel (Dckt. No. 43) and ORDERED that Plaintiff obtain counsel by no later than May 10, 2016 or the case would be dismissed. (See reasons for the Court ORDERING that Plaintiff be required to obtain counsel in the Order (Dckt. No. 43)). On May 2, 2016, the date set for the final pretrial conference, the Court and parties conferred and the Court extended the time for Plaintiff to obtain counsel and ORDERED that Plaintiff must obtain counsel by May 22, 2016 or the case would be dismissed (See Minute Order of May 2, 2016 (Dckt No.47)). Between May 2, 2016 and May 22, 2016, the only activity in the case was an Order Denying a Continuance of the Trial, a Reply to Disqualify Defendant's Counsel Donald Faubus, a Scheduling Notice by the Court, and an Order

disqualifying Donald Faubus as Counsel. The Court's May 23, 2016 Order Disqualifying Donald Faubus as Counsel provides Mr. Faubus ten days to provide the Court with the information of the defendants to update the case information. This additional ten days has no relevance to the May 22, 2016 due date for Plaintiff to retain counsel.

The period the Court provided elapsed without any action by Plaintiff. Pursuant to the Court's Order of April 22, 2016 and May 2, 2016, this action is dismissed as of May 22, 2016.

Dated: August 31, 2016

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE